In the Matter of the Petition of LEWIS N. SANFELIS, Appellant, to Prove the Last Will and Testament of JOSEPH SANFELIS, etc., Deceased. ROSE E. MARCHAND, Respondent.— Decree of the Surrogate's Court of Kings county refusing probate of the alleged last will and testament of Joseph Sanfelis, deceased, unanimously affirmed, with costs to respondent, payable out of the estate. In so far as the decree refuses proponent costs and disbursements, the ruling is correct under section 278 of the Surrogate's Court Act. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ABRAHAM LEVINE, Respondent, v. N. E. VAIL & COMPANY, INCORPORATED, Appellant. (Action No. 3.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

DAVID MAYER, as Administrator, etc., of CHARLOTTE MAYER, Deceased, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

OCEAN REALTY COMPANY, Respondent, v. MANHATTAN KEYSTONE CORPORATION and Others, Defendants. J. H. GOULD DEVELOPMENT CORPORATION, Appellant.— Order denying motion to vacate order of reference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

JOHN POLICASTRO, an Infant, by PETER POLICASTRO, His Guardian ad Litem, Respondent, v. TIDEWATER PAPER MILLS COMPANY, Appellant.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GELSO, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crime of assault in the third degree unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THOMAS SHEA, Respondent, v. MICHAEL SHEA, CATHERINE SHEA and JAMES SHEA, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

EMMA COSSMANN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. — Application denied, with ten dollars costs.